**UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

BRITTANY CRAWFORD,

      Plaintiff,                       Case No.: 8:25-cv-02738-KKM-CPT

v.

LEGENDS HOSPITALITY,

      Defendants.

_____/

## <u>NOTICE OF SETTLEMENT</u>

Plaintiff, BRITTANY CRAWFORD ("Plaintiff"), by and through her undersigned counsel and pursuant to Local Rule 3.9(a), Middle District of Florida Local Rules, hereby notifies the Court that the Plaintiff has reached a settlement of this matter with the Defendant, LEGENDS HOSPITALITY, with each Party to bear their own respective costs and fees.

Dated: <u>May 4, 2026.</u>

                                       Respectfully submitted,

                                       <u>/s/ Joseph F. Southron</u>
                                       Joseph F. Southron, Esq.
                                       Florida Bar No. 122109
                                       Attorney for Plaintiffs
                                       **SOUTHRON FIRM, P.A.**
                                       400 N. Ashley Drive, Suite 1720
                                       Tampa, Florida 33602
                                       Tel. (813) 773-5105

1

joe@southronfirm.com
eservice@southronfirm.com
*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was filed on

May 4, 2026, with the Court via CM/ECF system, which will send notification of

such filing to all parties and counsel of record.

/s/ Joseph F. Southron
Joseph F. Southron
Florida Bar No. 122109

2